# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HERMINIA ADAME | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 23-CV-403-OLG-RBF |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE U.S. DISTRICT COURT JUDGE ORLANDO L. GARCIA:

NOW COME Plaintiff Herminia Adame and Defendant Wal-Mart Stores Texas, LLC and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed her Original Petition on April 14, 2022, in the County Court at Law No. 10, Bexar County, Texas and Defendant Wal-Mart Stores Texas, LLC and removed the case to federal court on April 3, 2023 (Doc #1).

2. Plaintiff moves to dismiss the suit.

3. Defendant Wal-Mart Stores Texas, LLC who has answered, agrees to the dismissal.

4. This case is not a class action lawsuit.

5. The parties move that the lawsuit against Defendant Wal-Mart Stores Texas, LLC be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

Respectfully submitted,

THE BAIRD LAW FIRM

*/s Kenneth R. Baird (with permission)*

Kenneth R. Baird; SBN: 24036172
Email: bairdlawfirm@hotmail.com

1

2 | P a g e

        2323 South Voss Road, Suite 325
        Houston, Texas 77057
        (713) 783-1113 Telephone
        (281) 677-4227 Fax
        **ATTORNEY FOR PLAINTIFF**


DAW & RAY

*/s/ Dilcia Z. Jones*

James K. Floyd; SBN:  24047628
Email: jfloyd@dawray.com
Dilcia Z. Jones; SBN: 24115598
Email: djones@dawray.com
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Fax
**ATTORNEYS FOR DEFENDANT**